UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Bache, | ) | CASE NO.: 5:20-cv-02585 |
| Plaintiff, | ) ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) | |
| Special Counsel, Inc., *et al.*, | ) ) | **MEMORANDUM OPINION AND ORDER** |
| Defendants. | ) ) | (Resolves Docs. 14 and 15) |

On February 3, 2021, Plaintiff Daniel Bache ("Bache") filed an unopposed motion to amend the complaint. As requested in the motion, this Court hereby ORDERS that Bache amend his complaint, with the proposed amendments contained in the motion, within seven days of the date of this Order.

On February 3, 2021, the parties filed a joint motion requesting this Court refer this matter to arbitration. The Sixth Circuit has noted that the Court may choose two courses of action when confronted with claims that are subject to arbitration. *See Hensel v. Cargill, Inc.*, 198 F.3d 245 (6th Cir. 1999) (table decision); *ATAC Corp. v. Arthur Treacher's, Inc.*, 280 F.3d 1091 (6th Cir. 2002). In past cases, this Court has consistently followed one approach and will continue to do so herein. The Court believes that its practice protects the parties' rights and promotes judicial economy.

Accordingly, the parties are compelled to arbitrate any claims in the forthcoming amended complaint. Further proceedings in the within cause are hereby perpetually stayed and the within case is hereby CLOSED, subject to reopening upon a well-taken written motion of Plaintiff, Defendants, or any other proper party in interest, after the final decision of the Arbitrator.

IT IS SO ORDERED.

DATE: February 4, 2021 /s/ John R. Adams  
Judge John R. Adams  
UNITED STATES DISTRICT COURT