> So ordered.
> /s/ John R. Adams
> U.S. District Judge
> May 10, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| DANIEL BACHE, *et al.*, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPECIAL COUNSEL, INC., et al., <br><br> Defendants. | CASE NO. 5:20-cv-2585-JRA <br><br> Judge John R. Adams |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F. CIV. R. 41(a)(1).

NOW COMES, Plaintiff Daniel Bache and Defendant Special Counsel, Inc., and Defendant Innovative Emergency Management, Inc., herby stipulate to a Dismissal of the above case with prejudice pursuant to F. Civ. R. 41(a)(1). Each party to bear their own costs.

Dated: April 30, 2021            Respectfully Submitted,

**BARKAN MEIZLISH DEROSE WENTZ MCINERNEY PEIFER, LLP**

*/s/ Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
bderose@barkanmeizlish.com

*Counsel for Plaintiff, Daniel Bache*

**JACKSON LEWIS P.C.**

*/s/ Vincent J. Tersigni*
Vincent J. Tersigni (OH Bar No. 0040222)
Allison Gluvna Folk (OH Bar No. 0098635)
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, OH 44131
(216) 750-0404 (phone)
(216) 750-0826 (fax)
Vincent.tersigni@jacksonlewis.com
Allison.folk@jacksonlewis.com

*Attorneys for Defendant Special Counsel, Inc.*